RECVD'06 MAR 27 12:13USDC-ORP

Kathryn Tassinari, OSB# 80115
Robert A. Baron, OSB# 89020
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED'06 APR 06 10:49USDC-ORP

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

RONALD STAFFORD, )
 )
 )   Civil No. 05-6104-MA
 )
vs. )
 )
 )   ORDER FOR PAYMENT OF ATTORNEY'S
JO ANNE B. BARNHART, )   FEES PURSUANT TO EAJA
Commissioner of Social Security, )
 )
             Defendant.    )
_____)

After considering the stipulated Motion for entry of an order awarding attorney's fees submitted by the parties herein, plaintiff's Motion for payment of attorney fees is hereby granted in the sum of $4,340.97 as full settlement of any and all claims for attorney fees under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _30_ day of _March_, 2006.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Kathryn Tassinari, OSB#80115
Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES PURSUANT TO EAJA